UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENARD HARRISON,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:20-cv-01558-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 16) |

Pursuant to the parties' stipulation (ECF No. 20), IT IS HEREBY ORDERED that Plaintiff shall file and serve an opening brief no later than December 21, 2021. All subsequent deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:  **November 5, 2021**           /s/ Erica P. Grosjean
                                                                             UNITED STATES MAGISTRATE JUDGE

1