1

PHILLIP A. TALBERT
United States Attorney

2

PETE THOMPSON
Acting Regional Chief Counsel

3

Oscar Gonzalez de Llano
Special Assistant United States Attorney

4

     Social Security Administration
     160 Spear Street, Suite 800

5

     San Francisco, CA 94105
     Telephone: (510) 970-4818

6

     Email: Oscar.Gonzalez@ssa.gov

Attorneys for Defendant

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

EASTERN DISTRICT OF CALIFORNIA

13

14

VICTOR RENARD HARRISON,

15

            Plaintiff,

16

v.

17

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

18

            Defendant.

19

No. 1:20-cv-01558-EPG

STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF

(ECF No. 20)

20

21

     IT IS HEREBY STIPULATED, by and between the parties through their respective

22

counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

23

Opening Brief be extended seventy-five (75) days from February 11, 2022, to April 27, 2022.

24

This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to

25

Defendant's request for an extension.

26

     Good cause exists for this request.  Defendant respectfully requests this additional time

27

because Counsel for Defendant will be unable to devote the time required to complete

28

Defendant's response to Plaintiff's Opening Brief given the current due date.  The undersigned

attorney has been out of the office on extended paternity leave for the past couple months and returned full-time last week after unexpectedly spending an additional week out of the office caring for his 3 year old son due to COVID.  As this Court no doubt knows, Social Security case filings in federal court increased significantly in the past year.  The increased filings, compounded by COVID-related delays in transcript production and attorney attrition, have resulted in an increased workload and competing deadlines.  Counsel for Defendant currently has twenty (20) merit briefs currently due in district court cases over the next 30 days and an additional eighteen (18) merit briefs currently due in district court cases in 30-60 days.   Given this current workload a lengthy extension until April 27, 2022 should provide an opportunity for the undersigned Counsel for Defendant to complete the response to Plaintiff's Opening Brief.  Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling.  Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: January 24, 2022          By:   *s/ Oscar Gonzalez de Llano*
                                      OSCAR GONZALEZ DE LLANO
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: January 24, 2022          By:   *s/ Lawrence D. Rohlfing\**
                                      Lawrence D. Rohlfing
                                      Law Offices of Lawrence D. Rohlfing
                                      (*as authorized by email)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 20), IT IS HEREBY ORDERED that Defendant shall file and serve a Responsive Brief by April 27, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **January 25, 2022**                    /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE