Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Victor Renard Harrison

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RENARD HARRISON, | ) Case No.: 1:20-cv-01558-EPG |
| Plaintiff, | ) ORDER RE: STIPULATION AND |
| vs. | ) PROPOSED ORDER FOR THE AWARD ) AND PAYMENT OF ATTORNEY FEES |
| KILOLO KIJAKAZI, | ) AND EXPENSES PURSUANT TO THE ) EQUAL ACCESS TO JUSTICE ACT, 28 |
| Acting Commissioner of Social Security, | ) U.S.C. § 2412(d) AND COSTS PURSUANT ) TO 28 U.S.C. § 1920 |
| Defendant. | ) ) (ECF No.28). |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Victor Renard Harrison be awarded attorney fees and expenses in the amount of four thousand three hundred fifty dollars ($4,350.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §

1920. This amount represents compensation for all legal services rendered on behalf of Harrison by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Victor Renard Harrison, the government will consider the matter of Harrison's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Victor Renard Harrison, but if the Department of the Treasury determines that Harrison does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Victor Renard Harrison.[1] Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Victor Renard Harrison's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Victor Renard Harrison and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

//
//
//
//
//

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

| | |
|---|---|
| DATE: September 20, 2022 | Respectfully submitted, |
| | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC |
| | /s/ *Lawrence D. Rohlfing* |
| | BY: _____ |
| | Lawrence D. Rohlfing |
| | Attorney for plaintiff Victor Renard Harrison |
| | |
| DATED: September 20, 2022 | PHILLIP A. TALBERT |
| | United States Attorney |
| | PETER K. THOMPSON |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ *Oscar Gonzalez* |
| | _____ |
| | OSCAR GONZALEZ |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |
| | KILOLO KIJAKAZI, Acting Commissioner of Social Security (Per e-mail authorization) |

**ORDER**

Based upon the parties' stipulation (ECF No. 28), IT IS ORDERED that fees and expenses in the amount of $4,350.00 as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation. Given the parties' stipulation, the Clerk of Court is respectfully directed to terminate Plaintiff's motion for attorney fees (ECF No. 26).

IT IS SO ORDERED.

Dated: **September 22, 2022**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

On this day of September 22, 2022, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Victor Renard Harrison, Jr.
601 El Tejon Ave
Bakersfield, CA 93308

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Lawrence D. Rohlfing         /s/ *Lawrence D. Rohlfing*
TYPE OR PRINT NAME            SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 1:20-CV-01558-EPG**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 21, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

*/s/ Lawrence D. Rohlfing*
_____

Lawrence D. Rohlfing
Attorneys for Plaintiff